UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
            :
DRYWALL TAPERS AND POINTERS OF GREATER  :
NEW YORK LOCAL UNION 1974, AFFILIATED     :
WITH INTERNATIONAL UNION OF ALLIED        :   19-CV-11250 (JMF)
PAINTERS AND ALLIED TRADES, AFL-CIO,      :
            :   ORDER
      Petitioner,            :
            :
  and                      :
            :
ROYAL INTERIORS FINISHER a/k/a ROYAL       :
INTERIOR FINISHER CORP.,                :
            :
      Respondent.           :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On December 9, 2019, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **December 23, 2019**. Respondent's opposition is due on **January 6, 2020**. Petitioner's reply, if any, is due **January 13, 2020**.

        Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **December 23, 2019**, and shall file an affidavit of such service with the court no later than **December 24, 2019**.

        SO ORDERED.

Dated: December 10, 2019             _____
      New York, New York                  JESSE M. FURMAN
                                               United States District Judge